# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HENRIETTA SCOTT

VERSUS

SHOPPER'S VALUE FOOD STORE,
F/K/A PIGGLY WIGGLY FOOD
STORE AND XYZ INSURANCE
COMPANY

NO.  2019 CW 0234

**AUG 2 2 2019**

---

In Re:    Shopper's Value Food Store, f/k/a Piggly Wiggly Food
          Store, XYZ Insurance Company and J-H-J, Inc., applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 651795.

---

**BEFORE:    WELCH, CHUTZ, AND PENZATO, JJ.**

   **WRIT GRANTED.**   The February 14, 2019 judgment of the
district court denying the motion for summary judgment filed by
defendants, Shopper's Value Food Store, F/K/A Piggly Wiggly Food
Store, XYZ Insurance Company, and J-H-J, Inc., is reversed.
Plaintiff, Henrietta Scott, failed to produce factual support
sufficient to establish a genuine issue of material fact that:
(1) a foreseeable and unreasonable risk of harm was present, (2)
there was actual or constructive knowledge of said unreasonable
risk, and (3) there was a failure to exercise reasonable care by
defendants, all of which are necessary elements of her claim.
Therefore, defendants are entitled to judgment. See La. Code
Civ. P. art. 966(D)(1); La. R.S. 9:2800.6. The motion for
summary judgment filed by defendants is granted, and plaintiff's
claims are dismissed.

                        **JEW**
                        **WRC**
                        **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
          FOR THE COURT